AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

*United States District Court*
*District of Connecticut*
*FILED AT HARTFORD*
1 / 4 / 20 17
Roberta D. Tabora, Clerk
By _____ Deputy Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:17CR 3 (AWT) |
| DAVID QUATRELLA | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 01/04/2017

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Andrew B. Bowman, Esq.
*Printed name of defendant's attorney*

/s/ Judge Alvin W. Thompson
*Judge's signature*

Alvin W. Thompson, U.S.D.J.
*Judge's printed name and title*