Criminal Std  (6/13/2012)

HONORABLE: _____
DEPUTY CLERK _____ RPTR/ECRO/TAPE _____
USPO _____ INTERPRETER _____

TOTAL TIME: ____ hours ____ minutes
DATE: _____ START TIME: _____ END TIME: _____

**COURTROOM MINUTES**

☐ IA-INITIAL APPEAR   ☐ BOND HRG         ☐ CHANGE OF PLEA    ☐ IN CAMERA HRG
☐ IA- RULE 5          ☐ DETENTION HRG    ☐ WAIVER/PLEA HRG     COMPETENCY HRG
☐ ARRAIGNMENT         ☐ PROBABLE CAUSE   ☐ EXTRADITION HRG     FORFEITURE
☐ CONFLICT HRG        ☐ EVIDENTIARY HRG  ☐ STATUS CONF         MOTION HRG

CRIMINAL NO. _____ DEFT # _____
                                                     _____
                                                     AUSA
**UNITED STATES OF AMERICA**
             vs
                                                     _____
                                                     Counsel for Defendant Ret ☐ CJA ☐ PDA ☐

☐ ……. Deft failed to appear. Oral Motion for issuance of Warrant ☐ granted ☐ denied ☐ Bond FORFEITED
☐ …… ☐ Arrest Date (CT Case): _____ ☐ Case unsealed or ☐ Rule 5 arrest, _____ Dist of _____
☐ …… CJA 23 Financial Affidavit filed ☐ under seal
☐ …… Order Appointing Federal Public Defender's Office filed
☐ …… Court appoints Attorney _____ to represent defendant for ☐ this proceeding only ☐ all proceedings
☐ …… Appearance of _____ filed
☐ …… ☐ Complaint filed ☐ Sealed Complaint filed ☐ Affidavit of _____ filed
☐ …… ☐ Information/Misdemeanor filed ☐ Sealed Information filed
☐ …… ☐ Waiver of Indictment (case opening) filed ☐ Felony Information filed
☐ …… ☐ Waiver of Indictment (mid case) filed ☐ Superseding Information filed
☐ …… Plea Agreement Ltr filed ☐ under seal   to be e-filed
☐ …… Plea of ☐ not guilty ☐ guilty ☐ nolo contendere to count(s) _____ of the _____
☐ …… Petition to Enter Guilty Plea filed                                    (indict, superseding indict, info)
☐ …… Defendant motions due _____ ; Government responses due _____
☐ …… Scheduling Order ☐ filed ☐ to be filed ☐ Sentencing Scheduling Order
☐ ……. Hearing on Pending Motions scheduled for _____ at _____
☐ …… Jury Selection set for _____ at _____
☐ …… Remaining Count(s) to be dismissed at sentencing
☐ …… Sentencing set for _____ at _____ ☐ Probation 246B Order for PSI & Report
☐ …… Special Assessment of $_____ on count(s) _____. Total $_____ Due immediately   Pay at sentencing
☐ …… Govt's Motion for Pretrial Detention filed ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
☐ …… Govt's ORAL Motion for Pretrial Detention ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
☐ …… Order of Detention filed
☐ …… Deft ordered removed/committed to originating /another District of _____
☐ …… No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed
☐ …… Waiver of Rule 5 Hearing filed
☐ …… Govt's Motion for waiver of 10-day notice ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
☐ …… Bond ☐ set at $_____ ☐ reduced to $_____ ☐ Non-surety ☐ Surety ☐ Personal Recognizance
☐ …… Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
☐ …… Defendant detained
☐ …… _____ Hearing ☐ waived ☐ set for _____ ☐ continued until _____
☐ …… Set Attorney Flag and notify Federal Grievance Clerk
                                    ☐ SEE page II for ☐ conditions of bond ☐ additional proceedings

## CONDITIONS OF BOND

☐ ..... Travel restricted ~~to Connecticut of extended to~~ _____
upon obtaining permission from USPO.  A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ..... Deft ☐ must surrender passport ~~by 4:00 p.m. on~~ to Atty Bowman _____ ; ☐ Must not apply for a passport.

☐ ..... Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☐ ..... as set forth in the Order Setting Conditions of Release

☐ ..... _____

_____
_____
_____

## ADDITIONAL PROCEEDINGS

☐ ..... Deft's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Deft's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Govt's oral motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Deft _____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Deft _____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Govt Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Govt Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... _____  ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____  ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____  ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____  ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ..... _____  ☐ filed ☐ granted ☐ denied ☐ advisement