D█████ S█████

| | | | |
|---|---|---|---|
| LE | LOW | 117 MONTHS | (9.75 YEARS) |
| | HIGH | 168 MONTHS | (14.0 YEARS) |
| | AVERAGE | 143 MONTHS | (12 YEARS) |

### RANGE OF POSSIBLE SALE PRICES IN 2 YEARS

| | | | | |
|---|---|---|---|---|
| LOW | $1,801,401.00 | 12% FACE | 550,000 |
| HIGH | $2,849,499.00 | 19% FACE | 1,141,00 |

### LINCOLN NATIONAL LIFE INSURANCE CO.

| | | |
|---|---|---|
| PREMIUM | YEAR 1 | $637,500.00 |
| | YEAR 2 | $240,000.00 |
| | 2 YEARS | $877,500.00 |

PREFERRED RETURN TO INVESTOR AT 12% OVER TWO YEARS: $1,068,480.00
20% RETURN OVER TWO YEARS: $1,206,000.00

### PROJECTED RETURNS

#1  INVESTORS           PRINCIPAL            $ 877,500.00
    (minimum)           INTEREST @ 12%       $   190,980.00
                                             $1,068,480.00

#2  BROKER (discounted depending on sale price)  $50,000.00 to $150,000.00

#3  D███ S█████         $550,000.00 to $1,200,000.00

#4  INVESTORS           $1,068,480.00 to $1,206,000.00
    (minimum plus       12% to 20% return on investment
    Share of profit)

#5  PLATINUM LEGACY  $-0- to $351,846.00

### EXAMPLES/PROJECTIONS

| | | Possible Sales | Low to High |
|---|---|---|---|
| A. | Low Sale: | $1,801,401.00 | (12% of face value) |
| | | -50,000.00 | broker (1/3 of 1%) |
| | Net Sale Proceeds: | $1,751,401.00 | |
| | | -1,068,480.00 | investor's return of principal and interest at 12% |
| | Net Profit: | 682,921.00 | |
| | | -132,921.00 | investor's split on profit (overall approx. 20% return to investors) |
| | | $ 550,000.00 | D███ S█████ (80% of net profit) |
| | | -550,000.00 | |
| | | -0- | Platinum Legacy |

≈●≈≈●≈≈●≈≈●≈≈●≈≈●≈≈●≈≈●≈≈●≈

| | | | |
|---|---|---|---|
| B. | Middle Sale: | $2,250,000.00 | (15% of face value) |
| | | -100,000.00 | broker (2/3 of 1%) |
| | Net Sale Proceeds: | $2,150,000.00 | |
| | | -1,068,480.00 | investor's return of P & I |
| | Net Profit: | $1,081,520.00 | |
| | | -811,140.00 | D███ S█████ (75% of net profit) |
| | | $ 270,380.00 | |
| | | -137,520.00 | investor's share (to bring to 20% return) |
| | | $ 132,860.00 | Platinum Legacy |

\Maria\DLQ\█████D\Platinum Legacy\Projection.doc

| | | | |
|---|---|---|---|
| C. | High Sale: | $2,849,699.00 | (19% of face value) |
| | | -150,000.00 | broker (1% of face value) |
| | Net: | $2,699,699.00 | |
| | | -1,068,480.00 | investor's return of P & I |
| | Net Profit: | $1,631,219.00 | |
| | | -1,141,853.00 | D▇▇ S▇▇ (70% of net profit) |
| | | $ 489,366.00 | |
| | | -137,520.00 | investor's 20% return |
| | | $ 351,846.00 | Platinum Legacy |

### EFFECTIVE RETURNS TO D▇▇ S▇▇

A. **Low Sale:** $1,801,401.00; S▇▇ gets first $550,000.00 of net profit *after* (a) $50,000.00 commission to broker and (b) $1,206,000.00 return to investors, i.e. 80% of net profit after total 20% return on investment to investor group.

B. **Middle Sale:** $2,250,000.00; S▇▇ gets 75% of net profit *after* (a) $100,000.00 commission to broker and (b) $1,206,000.00 preferred return to investors.

B. **High Sale:** $2,849,499.00; S▇▇ gets 70% of net profit *after* (a) $150,000.00 commission to broker and (b) $1,206,000.00 preferred return to investors.

### SCALES

**Broker Commission:** $50,000.00 up to $1,999,999.00 sale
$100,000.00 if sale is between $2.0 million and $2,499,999.00
$150,000.00 if sale is $2.5 million or more

**D▇▇ S▇▇:**
Sale: $0 - $1,800,000.00; S▇▇ gets first $550,000.00 of net sale profit *after* payment of broker and investors.

Sale: $1,800,000.00 - $2,500,000.00; S▇▇ gets 75% of net sale profit *after* payment of broker and investors.

Sale: $2,500,000.00 or higher; S▇▇ get 70% of net sale profit *after* payment of broker and investors, with a cap of $1,200,000.00 on total compensation to S▇▇.