

The Lincoln National Life Insurance Company
Service Office: PO Box 21008, Greensboro, NC 27420-1008
(hereinafter referred to as "the Company")

# APPLICATION FOR LIFE INSURANCE - PART I

## APPLICANT INFORMATION - PROPOSED INSURED A (Required Section)

1. Proposed Insured A *(First, Middle, Last)*: J [redacted] S [redacted]
2. ☐ Male ☒ Female
3. Date of Birth (If over age 70, please complete Section D.) *(mm/dd/yy)*: [redacted] 31
4. Soc. Sec. No. [redacted]
5. Are you a citizen of the United States? ☒ Y ☐ N If "No," what country?
6. Place of Birth *(State, Country)*: [redacted] IL USA
7. Driver's License # & State: [redacted] CT.
8. Home Address *(Street, City, State, ZIP)*: [redacted] CT 06902
9. Occupation/Duties: RETIRED FAMILY THERAPIST
10. Employer: SELF
11. Business Address *(Street, City, State, ZIP)*:
12. Annual Earned Income $ 500,000.++
13. Annual Unearned Income $
14. Net Worth $ 13,025,000
15. In the last 5 years have you filed for bankruptcy? ☐ Y ☒ N *(If "Yes," please complete the Financial Supplement.)*
16. Primary Phone # (203) [redacted] ☑ AM ☑ PM
17. Work Phone # N/A ☐ AM ☐ PM

## COVERAGE INFORMATION *(As available per product)*

18. Plan of Insurance: LifeGuarantee Plus UL
19. Amount of Insurance $ 10 M *(Specified Amount, If UL or VUL)*
20. (i) Death Benefit Option *(Complete for Universal Life and Variable Universal Life Product only - not required for Term or Whole Life.)*
☑ Level ☐ Increase by Cash Value ☐ Increase by Premium ☐ Increase by Premium Less Policy Factor
(ii) Death Benefit Qualification Test (DBQT) - For IRS purposes, premiums will be tested using the Guideline Premium Test unless ☑ Cash Value Accumulation Test is checked (not available on all products or with all riders).
**The DBQT cannot be changed after issue unless the terms of the policy require a change.**
21. Save Age? ☐ Y ☐ N *(If not saving age, policy will be current dated.)*
22. Additional Benefits and Riders: *(If applicable)*
☐ Supplemental Coverage $______
☐ Term on Spouse/Other Insured Rider $______ *(Please complete Section B - Applicant Information - Proposed Insured B)*
☐ Accelerated Benefit Rider
☐ Waiver of Premium
☐ Waiver of Monthly Deductions
☐ Waiver of Specified Premium $______
☐ Children's Term Insurance Rider *(Complete Child's Supplement)*
☐ Other Benefits and Riders *(not listed above)*. (Please provide full details: e.g. coverage amounts/percentages/etc.):

## BILLING INSTRUCTIONS *(As available per product)*

23. Premium Mode: ☑ Annual ☐ Semi-Annual ☐ Quarterly ☐ Monthly (EFT) ☐ Other ______
24. Modal Planned Premium: $______
25. Lump Sum: $______ ☐ 1035 Exchange
26. Special Billing: *(check one, if applicable)* ☐ New List Bill ☐ Existing List Bill Number: ______
27. Source of Premium: ______ *(Inheritance, loan, business activity)*
28. Automatic Premium Loan: ☐ Y ☐ N *(Complete for Whole Life only.)*
29. Premium Notices To: *(check one only.) (Please note we cannot bill to your agent.)*
☑ Owner in Question 31 ☐ Owner in Question 37 ☐ Insured at Business ☐ Insured at Residence ☐ Other *(indicate below)*
30. Special Instructions:

2

**OWNER INFORMATION** *(If left blank, Proposed Insured(s) will be owner)*

31. Owner Name J[redacted] [redacted] S[redacted] Irrev. Life Ins Trust
32. Owner Address [redacted] CT 06830
33. Relationship to Proposed Insured(s) Trust
34. Owner Soc. Sec. No. / TIN [redacted]
35. Date of Birth/Trust Date 11/30/09
36. Citizen of (Country)
37. Owner Name
38. Owner Address
39. Relationship to Proposed Insured(s)
40. Owner Soc. Sec. No. / TIN
41. Date of Birth/Trust Date
42. Citizen of (Country)
43. Is this policy being purchased as part of an employer owned life insurance program where the employer is the direct or indirect beneficiary of the policy? ☐Y ☐N

**BENEFICIARY DESIGNATION** *(Unless otherwise stated below, if multiple beneficiaries are named in a class (Primary, Contingent), the proceeds are to be paid equally to the survivor or survivors, if any, in the class.)*

Select Primary (P) or Contingent (C) Beneficiary for each line completed. If Trust, check here ☒.

| | | |
|---|---|---|
| 44. ☐P ☐C | a. Name/Trust name & Trustees<br>J[redacted] S[redacted] Irrev. Life Ins. Trust<br>[redacted] - Trustee | b. Soc. Sec. No./TIN [redacted]<br>c. Relationship to Proposed Insured Trust Trustee |
| 45. ☐P ☐C | a. Name/Trust name & Trustees | b. Soc. Sec. No./TIN<br>c. Relationship to Proposed Insured |
| 46. ☐P ☐C | a. Name/Trust name & Trustees | b. Soc. Sec. No./TIN<br>c. Relationship to Proposed Insured |
| 47. ☐P ☐C | a. Name/Trust name & Trustees | b. Soc. Sec. No./TIN<br>c. Relationship to Proposed Insured |
| 48. | Special Instructions | |

**APPLICANT INFORMATION - PROPOSED INSURED A**

49. Are you considering stopping premium payments, surrendering, replacing, forfeiting, assigning to the insurer or reducing your benefits under an existing policy or annuity, or are you considering using or borrowing funds from your existing policies or annuities to pay premiums due on the new or applied for policy? *(If "Yes", please complete and sign all required replacement forms.)* ☐Y ☒N

50. Please list amounts of all inforce life insurance on your life, including any policies that have been sold. *(Please list in the box below.)*
**If none, check this box:** ☒
Please indicate the Type of coverage: Business (B); Key Person (K); or Personal (P).

| Company | Face Amount | Policy Number | Issue Date (mm/dd/yy) | Replacement or Change of Policy? | 1035 Exchange | Type |
|---|---|---|---|---|---|---|
| | $ | | | ☐Y ☐N | ☐Y ☐N | |
| | $ | | | ☐Y ☐N | ☐Y ☐N | |
| | $ | | | ☐Y ☐N | ☐Y ☐N | |
| | $ | | | ☐Y ☐N | ☐Y ☐N | |

7

51. Do you have any applications currently pending or do you plan to apply for new life or disability insurance coverage with any other company? *(If "Yes," please provide details in the space provided.)* ☐Y ☒N

| Company | Amount | Type (Life or Disability) | Reason Policy Applied For |
|---|---|---|---|
| | $ | | |
| | $ | | |

52. What is the total amount of new life insurance coverage that will be placed inforce with all companies including this application? $ 10,000,000

53. Is this policy being funded via a premium financing loan or with funds borrowed, advanced or paid from another person or entity? *(If "Yes", please complete the Premium Financing Supplement.)* ☐Y ☒N

54. Have you ever applied for life, health or disability insurance and been declined, postponed or charged an increased premium? *(If "Yes", provide further information in the "Details" space provided.)* ☐Y ☒N

## GENERAL RISK INFORMATION - PROPOSED INSURED A

55. Do you now, or do you plan to fly, or have you flown during the past 2 years, as a pilot, student pilot or crew member? *(If "Yes", an Aviation Supplement is required; this includes balloon pilots.)* ☐Y ☒N

56. Do you plan to participate, or have you participated within the past 2 years; in motor vehicle or boat racing, in hang gliding, sky or scuba diving, or mountain, rock or technical climbing; or in similar sports? *(If "Yes", an Avocation Supplement is required.)* ☐Y ☒N

57. Do you now, or do you plan to reside or travel outside of the United States or Canada within the next year? *(If "Yes", a Foreign Travel or Residence Supplement is required.)* ☐Y ☒N

58. In the past 5 years, have you been convicted of two or more moving violations, driving under the influence of alcohol or other drugs, or had your driver's license suspended, restricted or revoked? *(If "Yes," please indicate what type and dates in the "Details" space provided.)* ☐Y ☒N

59. Have you ever been convicted of or are you awaiting trial for a felony? *(If "Yes", please indicate type, date and city/state of felony and if currently on probation or parole, in the "Details" space provided.)* ☐Y ☒N

60. Are you a member of, or applied to be a member of, or received a notice of required service in, the armed forces, reserves or National Guard? *(If "Yes", please indicate if Retired or active; list branch of service, rank, duties, mobilization category and current duty station; if a notice of deployment has been received, to where and when; in the "Details" space provided.)* ☐Y ☒N

61. Have you ever used tobacco or products containing nicotine (including, but not limited to, chew tobacco, snuff, nicotine gum and/or patches)? *(If "Yes", list below)* ☐Y ☒N

| Type: | Date First Used: (month/year) | Date Last Used: (month/year) | Amount and Frequency: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## MEDICAL INFORMATION - PROPOSED INSURED A *(Answer this section only when required.)*

62. [REDACTED]

a. Date and reason of last visit: ANNUAL CHECK UP

b. Tests performed & treatment received: BLOOD TESTS

63. Height 5 ft. / 4 in. Weight 160 lbs.

a. Has your weight changed by more than 10 pounds during the past 12 months? ☐Y ☒N

b. If "Yes," by how many pounds? ________ ☐Gain ☐Loss

| 64. | Age if Living & Health Status | Diabetes, Cancer, Heart Disease? (include age of onset) | Age at Death & Cause |
|---|---|---|---|
| a. Father | [REDACTED] | [REDACTED] | 86-FALL-HIPOPERATION |
| b. Mother | [REDACTED] | [REDACTED] | 89- OLD AGE |
| c. Sibling(s) | [REDACTED] | [REDACTED] | |
| | [REDACTED] | [REDACTED] | |

65. Details: *(List details from questions answered "Yes" and please specify to which question numbers details pertain.)*

4

Lincoln Financial Group

The Lincoln National Life Insurance Company
Service Office: PO Box 21008, Greensboro, NC 27420-1008
(hereinafter referred to as "the Company")

## SECTION A - HEALTH SUMMARY

**APPLICANT INFORMATION - PROPOSED INSURED A**

(Complete if not submitting a Medical Supplement - Part II of Application or to initiate underwriting process. See Underwriting Guidelines for further details.)

| 1. Proposed Insured A (First, Middle, Last) | J S | 2. Date of Birth (mm/dd/yy) | |
|---|---|---|---|

► If you answer "Yes" to any of the following questions, please provide further information in the "Details" space provided.



5

The Lincoln National Life Insurance Company
Service Office: PO Box 21008, Greensboro, NC 27420-1008
(hereinafter referred to as "the Company")

## SECTION D - DEFINED AGE QUESTIONNAIRE
**(Complete if either Proposed Insured is age 70 or over.)**

1. Proposed Insured A *(First, Middle, Last)* J[redacted] S[redacted]

2. Proposed Insured B *(First, Middle, Last)* ______

| | Proposed Insured A | Proposed Insured B |
|---|---|---|
| 3. Will you, the proposed insured and/or beneficiary, and/or any entity on your behalf, receive any compensation as an inducement to purchase the policy, whether via the form of cash, property, an agreement to receive money in the future, or otherwise, if this policy is issued? | ☐Y ☑N | ☐Y ☐N |
| 4. Have you, the proposed insured, been involved in any discussion about the possible sale or assignment of this policy to an unrelated third party, as an inducement to purchase the life insurance policy? Have you been involved in any discussion about the possible sale or assignment of a beneficial interest in a trust, limited liability company or other entity created or to be created on your behalf which will have an ownership or beneficial interest in this policy? | ☐Y ☑N | ☐Y ☐N |
| 5. Have you, the proposed insured, been involved in any discussion about the projected value of this policy in a future sale to an unrelated third party? Do you, the proposed insured, understand that estimated values of policies in the life settlement or other secondary marketplace are not guaranteed and that you may not be able to sell your policy for any amount in excess of the cash surrender value? | ☐Y ☑N | ☐Y ☐N |
| 6. Have you, the proposed insured, ever sold a policy to a life settlement, viatical or other secondary market provider, or are you in the process of selling a policy? | ☐Y ☑N | ☐Y ☐N |

7. **Details:** *(List details from questions answered "Yes" and please specify to which question numbers details pertain.)*

**OWNER INFORMATION**

8. Owner Name J[redacted] S[redacted] Irrev. Life Ins. Trust

| | Owner |
|---|---|
| 9. Will you, the proposed owner and/or beneficiary, and/or any entity on your behalf, receive any compensation as an inducement to purchase the policy, whether via the form of cash, property, an agreement to receive money in the future, or otherwise, if this policy is issued? | ☐Y ☑N |
| 10. Have you, the proposed owner, been involved in any discussion about the possible sale or assignment of this policy to an unrelated third party, as an inducement to purchase the life insurance policy? Have you been involved in any discussion about the possible sale or assignment of a beneficial interest in a trust, limited liability company or other entity created or to be created on your behalf? | ☐Y ☑N |
| 11. Have you, the owner, been involved in any discussion about the projected value of this policy in a future sale to an unrelated third party? Do you, the owner, understand that estimated values of policies in the life settlement or other secondary marketplace are not guaranteed and that you may not be able to sell your policy for any amount in excess of the cash surrender value? | ☐Y ☑N |
| 12. Is this policy being funded via a premium financing loan or with funds borrowed, advanced or paid from another person or entity? *(If "Yes", please complete the Premium Financing Application Supplement.)* | ☐Y ☑N |

13. **Details:** *(List details from questions answered "Yes" and please specify to which question numbers details pertain.)*

**SERVICE OFFICE ENDORSEMENTS** *(For Company Use Only. We will attach additional documentation as needed.)*

**SUITABILITY**

**Complete only if applying for Variable Life Insurance and submit allocation form(s) with this Application:**

| | |
|---|---|
| 1. Have you, the Proposed Insured(s) and the Owner, if other than the Proposed Insured(s), received a current Prospectus for the policy applied for and have you had sufficient time to review it? | ☐Y ☐N |
| 2. Do you understand that the amount and duration of the death benefit may increase or decrease depending on the investment performance of funds in the Separate Account? | ☐Y ☐N |
| 3. Do you understand that the cash values may increase or decrease depending on the investment performance of the funds held in the Separate Account? | ☐Y ☐N |
| 4. With this in mind, do you believe that the policy applied for is in accord with your insurance objective and your anticipated financial needs? | ☐Y ☐N |

**CASH VALUES MAY INCREASE OR DECREASE IN ACCORDANCE WITH THE EXPERIENCE OF THE SEPARATE ACCOUNT. THE DEATH BENEFIT MAY BE VARIABLE OR FIXED UNDER SPECIFIED CONDITIONS.**

**AGREEMENT AND ACKNOWLEDGEMENT**

I, the Owner, certify that the tax identification or social security number as provided by me is correct. I also certify that I am not subject to backup withholding.

Each of the Undersigned declares that:

1. This Application consists of: a) Part I (including Sections A-D if needed); b) Part II Medical Application, if required; c) any amendments to the application(s) attached thereto; and d) any supplements, all of which are required by the Company for the plan, amount and benefits applied for. This Application for Life Insurance - Part I shall be complete when it includes Applicant Information - Proposed Insured A, and any or none of the following (please check, as applicable, included Sections A-D):

   ☐ Section A- Health Summary -Proposed Insured A, ☐ Section B- Applicant Information -Proposed Insured B,
   ☐ Section C -Health Summary -Proposed Insured B, and ☐ Section D - Defined Age Questionnaire.

2. I/We further agree that (except as provided in the Temporary Life Insurance Agreement if advance payment has been made and acknowledged below and such Agreement issued), insurance will take effect under the Policy only when: 1) the Policy has been delivered to and accepted by me/us; 2) the initial premium has been paid in full during the lifetime of the Proposed Insured(s); and 3) the Proposed Insured(s) remain in the same state of health and insurability as described in each part of the application at the time conditions 1) and 2) are met.

   I/We have paid $__________ to the Agent/Representative in exchange for the Temporary Life Insurance Agreement, and I/we acknowledge that I/we fully understand and accept its terms. *(Please complete Temporary Life Insurance Agreement and submit with application.)*

3. No agent, broker or medical examiner has the authority to make or modify any Company contract or to waive any of the Company's requirements.

4. I HAVE READ, or have had read to me, the completed Application for Life Insurance before signing below. All statements and answers in this application are correctly recorded, and are full, complete and true to the best of my knowledge and belief. I confirm that upon receipt of the contract I will review the answers recorded on the application. I will notify the Company immediately if any information in the application is incorrect. Caution: If your answers on this application are incorrect or untrue, the Company may have the right to deny benefits or rescind coverage under the policy and any riders attached to it.

5. For employer owned life insurance policies, the owner hereby acknowledges its sole responsibility for ensuring that it complies with all legal and regulatory requirements related to life insurance it purchases on its employees, including appropriate disclosure to each employee whose life is insured under such a life insurance policy.

6. Corrections, additions or changes to this application may be made by the Company. Any such changes will be shown under "Service Office Endorsements". Acceptance of a policy issued with such changes will constitute acceptance of the changes. No change will be made in classification (including age at issue), plan, amount, or benefits unless agreed to in writing by the Applicant.

**STATE DISCLOSURES**

**AR, DC, KY, ME, NM, OH and PA Only.** Any person who, knowingly and with intent to defraud any insurance company or other person, files an application for insurance or statement of claim containing materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act which is a crime and subjects such person to criminal and civil penalties.

**Connecticut and Texas Only.** Any person who, with intent to defraud or knowing that he/she is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud, as determined by a court of competent jurisdiction.

**TRUST VERIFICATION**

I/WE hereby certify that the Trustee(s) named in this application are the Trustee(s) for the named Trust, which is in full force and effect. The Company assumes no obligation to inquire into the terms of any trust agreement affecting this policy and shall not be held liable for any party's compliance with the terms thereof. The Company may rely solely upon the signature(s) of the Trustee(s) named in this application to any receipt, release or waiver, or to any transfer or other instrument affecting this policy or any options, privileges or benefits thereunder. Unless otherwise indicated, the signature(s) of all Trustee(s) named, or their successors, will be required to exercise any contractual right under the policy. The Company shall have no obligation to see to the use or application of any funds paid to the Trustee(s) in accordance with the terms of the policy. Any such payment made by the Company to the Trustee(s) shall fully discharge the Company with respect to any amounts so paid.

**AUTHORIZATION**

Each of the undersigned declares that:

I/We authorize any medical professional, hospital or other medical institution, insurer, MIB, Inc., or any other person or organization that has any records or knowledge of me/us or my/our physical or mental health or insurability to disclose that information to the Company, its reinsurers, or any other party acting on the Company's behalf. I/We authorize the Company to disclose information related to my insurability to MIB, Inc., and to other insurers to whom I/we may apply for coverage.

I/We acknowledge receipt of the Privacy Notice and the Important Notice containing the Investigative Consumer Report and MIB, Inc. Information.

This authorization shall be valid for 24 months after it is signed. A photographic copy of this authorization shall be as valid as the original. I/We understand that I/we may revoke this authorization at any time by written notification to the Company; however, any action taken prior to notification will not be affected.

The purpose of this authorization is to allow the Company to determine eligibility for life coverage or a claim for benefits under a life policy.

☐ I elect to be interviewed if an Investigative Consumer Report is prepared.

**SIGNATORY SECTION**

Signed in CT (state), this 30 day of Nov (month) 2009 (year)

[REDACTED]
Signature of Proposed Insured A (Parent or Guardian if under 14 years of age)

Signature of Proposed Insured B (if coverage applied for) (Parent or Guardian if under 14 years of age)

[REDACTED] Trustee
Signature of Applicant/Owner/Trustee (if other than Proposed Insured) (Provide Officer's Title if policy is owned by a Corporation)

X [REDACTED] 12/21/09
Signature of Applicant/Owner/Trustee (if other than Proposed Insured) (Provide Officer's Title if policy is owned by a Corporation)

**TO BE COMPLETED BY AGENT ONLY**

(i) Does the applicant have any existing life insurance policies or annuities? ☐ Y ☑ N

(ii) Do you know or have you any reason to believe that replacement of insurance is involved? ☐ Y ☑ N
If a replacement is involved, I certify that only company approved sales materials were used in this sale and that copies of all sales materials were left with the applicant.

I declare that I have accurately answered all questions contained in this section.

I declare that I have provided each Proposed Insured and Owner(s) with the Important Notice as well as a copy of the Privacy Practices Notice.

[signature]
Signature of Licensed Agent, Broker or Registered Representative

Chon Lancey
Name of Licensed Agent, Broker or Registered Representative (Please Print)

**APPLICABLE TO VARIABLE LIFE ONLY**

I have reviewed the Application, Supplements, New Account Form and allocation forms and find the transaction suitable.

Signature of Registered Principal of Broker/Dealer

Name of Registered Principal of Broker/Dealer (Please Print)