## David Quatrella

| | |
|---|---|
| **From:** | David Quatrella |
| **Sent:** | Thursday, March 06, 2014 9:03 AM |
| **To:** | ███████ |
| **Cc:** | |
| **Subject:** | RE: S████ |

| | |
|---|---|
| **Importance:** | High |

:

Yes; you can call the 800 number on the notice and explain that you work with ████ who is the Trustee.  You will need the policy number, name and address of Mrs. S████, and her birth date.  ████ may need to get on the line to identify himself, as they usually will only speak to the Trustee or a pre-authorized person.  The question to ask is whether a lapse notice has been sent, and what the amount of the payment and deadline for payment would be.  Please do not mention anything about the loan of the premium from my clients, and simply ask them about whether a lapse notice has been sent.  If already sent, ask them to send a copy by fax or email.  Most likely, they will not agree to email but they will agree to fax.

I am going to get the paperwork for Harry to sign that will have duplicate notices sent to our servicing agent so that ████ won't have to bothered with this in the future.

Thanks for your help.

Dave Quatrella

### *David L. Quatrella, Esq.*

Quatrella & Rizio, LLC
One Post Road
P.O. Box 320019
Fairfield, CT 06824

Tele: (203) 335-2222 Ext.310
Fax: (203) 255-6618
Email: dquatrella@qrlaw.com
Website: www.qrlaw.com

---

**From:** ████████ [mailto:████████.com]
**Sent:** Thursday, March 06, 2014 8:49 AM
**To:** David Quatrella
**Cc:** ████████
**Subject:** S████

Good morning,

I haven't seen a notice of lapse since the last one sent to you.  Since you previous e-mail I have been watching the mail for it.  Is there someone that I could call about it?

