## David Quatrella

| | |
|---|---|
| **From:** | @yahoo.com> |
| **Sent:** | Tuesday, March 18, 2014 4:53 PM |
| **To:** | David Quatrella; |
| **Cc:** | (com) |
| **Subject:** | Re: S▪▪▪ - Agent Items |
| **Attachments:** | Life Policy Re-instatement signed pages 3-18-2014.pdf |

Please find attached the S▪▪▪ Life documents signed by me. If you need additional areas filled out then please let me know and I will be happy to fill in the blanks.

All the best,



Los Angeles, CA 90048



On Tuesday, March 18, 2014 9:36 AM, David Quatrella <dquatrella@qrlaw.com> wrote:

:

Attached are the forms from ▪▪▪ that require some information from you to complete, and which require your signature. Please send back to both ▪▪▪ and to me when available, and at your earliest convenience. Thanks.

## David L. Quatrella, Esq.
Quatrella & Rizio, LLC
One Post Road
P.O. Box 320019
Fairfield, CT 06824

Tele: (203) 335-2222 Ext.310
Fax: (203) 255-6618

1

Email: dquatrella@qrlaw.com
Website: www.qrlaw.com

**From:** ███████████████████████████.com]
**Sent:** Tuesday, March 18, 2014 11:31 AM
**To:** David Quatrella
**Subject:** S███ - Agent Items

Dave,

Please have the agent answer questions 1(b) & 15 through 21 on the attached agent report and sign where indicated. Also, please have him sign the attached signature page for the reinstatement application (which has already been signed by Mrs. S███).

Thank you,

███████
President



Confidentiality Notice: The documents in this email may contain confidential health information that is privileged and legally protected from disclosure by federal law, including the Health Insurance Portability and Accountability Act (HIPAA). This information is intended for the sole use of the individual or entity named above. If you are not the intended recipient you are hereby notified that reading, disseminating, disclosing, distributing, copying, acting upon, or otherwise using the information contained in this email is strictly prohibited. If you received this information in error, please notify the sender immediately at the number above and destroy all copies of this communication and any attachments. Thank you.



The Lincoln National Life Insurance Company
PO Box 21008, Greensboro, NC 27420-1008
(hereinafter referred to as "the Company")

## AGENT'S REPORT (Completed Form Must Accompany Application for Life Insurance)

### GENERAL INFORMATION

1. (a) Name of Proposed Insured(s) J▮▮▮ S▮▮▮     (b) How long have you known the Proposed Insured(s)?

2. Are you related to the Proposed Insured(s)? ☐ Yes ■ No   If "Yes", Give details:

3. Purpose of Insurance: (check one)   ☐ Buy/Sell   ☐ Key Person   ☐ Charitable Gift   ☐ Deferred Compensation
   ■ Estate Planning  ☐ Family Income  ☐ Outright Gift  ☐ Pension/Profit Sharing  ☐ Other:

4. (a) Is this policy being paid for with a premium financing loan?  ☐ Yes ■ No  If "Yes", provide complete details to include the name of the financing plan being used, name and address of institution providing loan, name and phone number of the lending officer:

   (b) Is this policy being paid for with funds from any person or entity whose only interest in the policy is the potential for earnings based on the provision of funding for the policy? ☐ Yes ■ No  If "Yes", provide details below:
   Details:

5. Do the Proposed Insured(s) and Owner(s) read and understand the English Language? ■ Yes ☐ No  If "No", how was the application completed?

6. If LifeComp program was used, have you completed the required paperwork? ☐ Yes ■ No

| 7. Answer only if Proposed Insured is a Homemaker | Amount Inforce | Amount Applied For |
|---|---|---|
| (a) Spouse's Life Insurance: | $ | $ |
| 8. Answer only if Proposed Insured is under age 18. | | |
| (a) Father's Life Insurance: | $ | $ |
| (b) Mother's Life Insurance: | $ | $ |
| (c) Are siblings also being insured? ☐ Yes ☐ No | $ | $ |
| If "No", please explain: | | |

9. I have verified that this policy will not replace a policy that has already been sold to a life settlement, viatical or other secondary market provider. If otherwise, please explain:

### BUSINESS FINANCES (Complete only if this is business insurance)

10. Type of business:  ☐ Corporation   ☐ Partnership   ☐ Sole Proprietorship   ☐ Other:
11. Proposed Insured is:  ☐ Employee   ☐ Owner of   ___% of business
12. Total Business Assets: ___  Total Business Liabilities: ___  Total Business Net Worth: ___
    $                          $                                $
13. Net Income (Profit) for the past 2 years:  Last year $ ___   Previous year $ ___

14. What insurance does the business maintain on the lives of each corporate officer/key person/partner and the amount of business insurance on each?

| Name | Title | % of Ownership | Amount Inforce | Amount Applied For |
|---|---|---|---|---|
|  |  |  | $ | $ |
|  |  |  | $ | $ |
|  |  |  | $ | $ |

**AGENT INFORMATION** (To ensure proper payment of commissions, please fully complete the following sections. Incomplete or incorrect information may delay compensation payment.)

15. Name of Managing General Agency (MGA), Brokerage General Agency (BGA), or Independent Marketing Organization (IMO):

16. Have you recently submitted paperwork for a change in reporting hierarchy or commission set-up?  ☐ Yes  ☐ No
    If "Yes" please describe the change requested:

17. Agents who participated in this application: *(please print)*

| Full Name of Agent(s) entitled to commission: | | SSN (xxx-xx-xxxx) | Agent Number or Sa/Pc Code Share | % Comm. |
|---|---|---|---|---|
| Writing |  |  |  | % |
| Second |  |  |  | % |
| Third |  |  |  | % |

18. Primary Agent's: (a) E-mail Address:            (b) Phone Number:

19. Identify any special compensation instructions or commission schedule or ☐ check here if there is no special commission program:

Please check appropriate commission schedule as applicable - select one:
(Election is irrevocable; contact upline/hierarchy for details.)
☐ A- Heaped    ☐ B - Mod-Heaped    ☐ C - Trails

As applicable to selected Rider:
(Election is irrevocable.)
☐ D - Level    ☐ E - Semi-Heaped

**Complete this section if you are affiliated with a MGA, RLS or RD:**

20. MGA/RD/RLS Name:

21. Broker Dealer Client/Owner Account #:            Broker Dealer Affiliation:

**AGENT CERTIFICATION**

► I have reviewed all the questions on this application and certify that the answers have been recorded accurately. I know of nothing affecting the insurability of the Proposed Insured(s) which is not fully recorded in this application.

► I declare that if replacement is involved, I certify that only company approved sales materials were used in this sale and that copies of all sales materials were left with the applicant.

► I declare I have not been involved in any recommendation regarding the possible sale or assignment of this policy to a life settlement, viatical or other secondary market provider. If otherwise, please explain:

► I declare that I have verified that all life insurance coverage in force, or in the process of being applied for, on the proposed insured has been disclosed on this application, including any coverage that has been sold or is in the process of being sold to a life settlement, viatical or other secondary market provider.

► I declare, to the best of my knowledge, that this policy is not being funded via non-recourse premium financing and is not being paid for with funds from any person or entity whose only interest in the policy is the potential for earnings based on the provision of funding for the policy. If otherwise, please explain:

► I declare that I have ████████████ answered all questions contained in the Agent's Report in connection with this application.

_____      _____
Signature of Licensed Agent, Broker or Registered Representative      Date

LF10014                                                                                    Page 2 of 2
                                                                                           1/10