

**West Coast Life**
**Insurance Company**
A PROTECTIVE COMPANY

**Application Supplement - Part I**

### Supplement to Life Insurance Application

The statements and answers to the questions listed below shall become a part of the attached application; shall be subject to the terms of the attached application; and shall become a part of any policy based on this application.

Print Name of Proposed Insured(s): A␣␣␣G␣␣␣

(1)   For any policy to be issued as a result of this application, will any portion of the initial or future premiums be borrowed, loaned or otherwise financed?

☐ Yes ☑ No

If yes, complete the "Statement of Owner Intent" (Application Supplement - Part II) and the "Premium Financing Disclosure and Acknowledgement" form.

(2)   Is there any intention that any party other than the Owner(s) will obtain any right, title or interest in any policy issued on the life of the Proposed Insured(s) as a result of this application?

☐ Yes ☑ No

If yes, complete the "Statement of Owner Intent" (Application Supplement - Part II).

(3)   Is a trust to be an Owner of any policy issued as a result of this application?

☐ Yes ☑ No

If yes, complete the "Trust Certification" (Application Supplement - Part III).

(4)   If the issue age of any Proposed Insured is 65 or older **AND** the total coverage currently applied for across all Protective companies is $1,000,000 or more, complete the "Statement of Owner Intent" (Application Supplement - Part II).

F-WCL-408 (6/08)

ZU5014696 06459

LPMERGE -JOB00854-LCM@P83 -04/12/2010-23085121-WPSJK

2D   2523393   00000069   00004567



## West Coast Life
### Insurance Company
A PROTECTIVE COMPANY

**Application Supplement - Part II**

**Statement of Owner Intent**

This supplement will be attached to and become part of the application with which it is used.

It is the policy of West Coast Life Insurance Company ("the Company") that life insurance should only be purchased to provide protection to those with an insurable interest in the life of the Insured. The Company will not knowingly participate in life insurance sales motivated by the possible sale of policies in a secondary market or participation of investors in policy death benefits. Accordingly, we ask the Proposed Insured(s) and Owner(s) (if different) to answer the following questions.

This supplement must be completed and signed by the Proposed Insured(s) and the Owner(s) applying for a life insurance policy to be issued by the Company whenever:

1) There is any intention that any party other than the Owner(s) will obtain any right, title or interest in any policy issued on the life of the Proposed Insured(s) as a result of the life application; or
2) If the issue age of any Proposed Insured is 65 or older **AND** the total coverage currently applied for across all Protective companies is $1,000,000 or more; or
3) Any Proposed Insured or Owner has indicated that any portion of the initial or future premiums will be borrowed, loaned or otherwise financed; or
4) Upon the request of the underwriter.

**PROPOSED INSURED 1:**  Name A▮▮ G▮▮▮

**PROPOSED INSURED 2:**  Name _____

**Owner(s) / Trustee(s) 1:**  Name ▮▮▮▮▮▮

**Owner(s) / Trustee(s) 2:**  Name _____

| REGARDING **ALL** PERSONS PROPOSED FOR INSURANCE:<br>Give full details in "Remarks" for any YES answers. | Prop Ins 1<br>Yes No | Prop Ins 2<br>Yes No |
|---|---|---|
| 1. Will any portion of the initial or future premiums for this policy be borrowed, loaned or otherwise financed by any individual(s) or entity(ies) other than the Proposed Insured(s) or immediate family members of the Proposed Insured(s)? ............................ *If **YES**, please identify all parties involved (in Remarks); and please **attach** copies of any trust documents, all financing agreements or promissory notes and all related side agreements and schedules.* | ☐ ☒ | ☐ ☐ |
| 2. Answer this question **ONLY** if the answer to Question 1 is **YES**. <br> a.) Is there any collateral for the loan other than the life insurance policy?................................ *If **YES**, please describe the additional collateral in "Remarks".* <br> b.) Is there an explicit exit strategy for repayment of the loan? ............................ *If **YES**, please **attach** all supporting documentation; and (in Remarks) please describe the exit strategy, the gift, income and estate tax implications of all transactions, and the financial implications of any mechanism used to execute the strategy.* | ☐ ☐ <br> ☐ ☐ | ☐ ☐ <br> ☐ ☐ |
| 3. Will any premiums for this policy be paid by any individual(s) or entity(ies) - other than the Proposed Insured(s), employer(s) of the Proposed Insured(s), or immediate family member(s) of the Proposed Insured(s) - in exchange for any portion of the policy's death benefit? ............... *If **YES**, please specify (in Remarks) how death benefits will be distributed upon the death(s) of the Proposed Insured(s), including each recipient's name and percentage or amount ▮▮ received.* | ☐ ☒ | ☐ ☐ |

F-WCL-409 (6/08)                    Page 1

ZU5014696  06460

LPMERGE  -JOB00854-LCM@P83  -04/12/2010-23085121-WPSUK



2D

| REGARDING **ALL** PERSONS PROPOSED FOR INSURANCE:<br>Give full details in "Remarks" for any YES answers. | | | | | | Prop Ins 1<br>Yes No | Prop Ins 2<br>Yes No |
|---|---|---|---|---|---|---|---|
| 4. Has a life insurance policy insuring the life of any Proposed Insured ever been sold or transferred to a third party? ........................................................................................................................<br>If **YES**, please identify below: | | | | | | ☐ ☑ | ☐ ☐ |

| All Parties Involved | Reason Sold or Transferred | Policy Number | Issuing Carrier | Face Amount | Date Issued | Date Sold or Transferred | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | Prop Ins 1<br>Yes No | Prop Ins 2<br>Yes No |
|---|---|---|
| 5. Does any Proposed Insured or Owner intend to sell or transfer any interest in this policy (being applied for) or in any other life insurance policy (currently in force or applied for with any company) to a life settlement company or other third party? ............................................<br>If **YES**, please provide details in Remarks. | ☐ ☑ | ☐ ☐ |
| 6. Has any Proposed Insured or Owner been solicited to sell or transfer this or any other life insurance policy to a life settlement company or other third party? ......................................<br>If **YES**, please provide details in Remarks. | ☐ ☑ | ☐ ☐ |
| 7. Has any Proposed Insured or Owner been involved in any discussion about the possible sale or transfer of this policy or the possible sale or transfer of a beneficial interest in a trust, Limited Liability Company ("LLC"), Limited Liability Partnership ("LLP") or other entity created or to be created to own this policy? ...............................................................................<br>If **YES**, please provide details in Remarks. | ☐ ☑ | ☐ ☐ |
| 8. Will any Proposed Insured or Owner receive a fee, cash payment, free trip, or any other consideration from any individual, group of individuals, or entity in connection with the issuance of this policy; or has a third party offered any Proposed Insured or Owner "free" life insurance?<br>If **YES**, please provide details in Remarks. | ☐ ☑ | ☐ ☐ |
| 9. Has any Proposed Insured or Owner discussed or been assured in writing or by other means regardless of the loan balance or the cash surrender value of this policy, the Proposed Insured(s) or Owner(s) can fully satisfy the outstanding loan by simply transferring all or a portion of the rights in this policy to the lender or another party?........................................................................<br>If **YES**, please provide details in Remarks. | ☐ ☑ | ☐ ☐ |
| 10. In the last two years has any Proposed Insured or Owner authorized a life expectancy valuation to be performed or has any Proposed Insured or Owner been asked to authorize a life expenctancy valuation in the future?.........................................................................................<br>If **YES**, please **attach** a copy of each valuation that has been performed. | ☐ ☑ | ☐ ☐ |

**REMARKS:**

F-WCL-409 (6/08)        Page 2

2D 2523393 00000069 00004570