# David Quatrella

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.com>
**Sent:** Thursday, October 11, 2012 10:45 AM
**To:** David Quatrella
**Subject:** Re: G▮▮▮

Thanks Dave,

The affidavit will be just a couple of sentences confirming our explanation and addressing the specific issues raised by compliance. I don't want to arrive at a final explanation, until after I have had an opportunity to review the information that ▮▮▮ is getting over to me. Following receipt of this item, I would like to speak to both you and ▮▮▮ to strategize and make sure that we are all on the same page. Also, compliance has not officially raised any issues with us. I just anticipate that they will once we provide them with the proof of premium.

Here are the questions that will likely be raised...

1) Why are premium payments being paid from an attorney's IOLTA account?

2) Where did the funds used to pay these premiums originate?

3) Were the premiums borrowed?

4) Did the trust sell, transfer or assign an interest in the policy following its issuance?

5) What is the relation between the insured, policy owner and Dave Quatrella.

It is important to understand that we were going to face this issue regardless of buyer. Every provider knows to look out for potential STOLI and the fact that premiums were paid from your account is a red-flag.

I am still confident that we can overcome this issue. I will keep you posted.

▮▮▮

----- Original Message -----
From: David Quatrella <dquatrella@qrlaw.com>
To: ▮▮▮▮▮▮▮
Sent: Thu Oct 11 08:37:58 2012
Subject: RE: G▮▮▮

▮▮▮:

I'm glad to hear the your wife has recovered, and that it was not a stroke. I can only imagine what you and she have been going through.

In anticipation of your asking me for the affidavit, please send me the form you think I will need to sign, or give me some guidance on what it should say so that I can prepare a draft for your review. This policy appears to be close to disaster, like the others, and I don't want to lose the $950,000 offer even if it means a loss to the investors. This group is extremely unhappy and God forbid I have to tell them that the deal fell through! It's bad enough that I have to ask them for yet more money for premium to keep the policy alive until a closing 2 months from now.

1

Thanks.

Dave Q.

David L. Quatrella, Esq.
Quatrella & Rizio, LLC
One Post Road
P.O. Box 320019
Fairfield, CT 06824

Tele: (203) 335-2222 Ext.310
Fax: (203) 255-6618
Email: dquatrella@qrlaw.com
Website: www.qrlaw.com


-----Original Message-----
From: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.com]
Sent: Wednesday, October 10, 2012 11:05 PM
To: David Quatrella
Subject: Re: G▮▮▮▮

Hi Dave,

Yes, I am waiting on ▮▮▮▮. He sent me an email yesterday confirming that I would receive what I needed this morning. I followed up with him several times, and have not heard back. I don't want him to think that I am throwing him under the bus on this. My plan was to give him until noon tomorrow and if I still did not receive what I needed, then I would ask you to get involved.

This afternoon I had a candid discussion with my contact as I needed to better understand the reason behind their inquiry. As with most providers, every document is looked at by someone in their compliance department. When we remitted proof of our recent premium payments, they immediately flagged the case as "probable" STOLI, placed it in suspense and requested to see proof of all prior premium payments. At this time, the pricing department has their hands tied until compliance un-suspends the case.

The likely scenario is that once we supply proof of prior premium payments that we will immediately be asked to explain why payments were drawn from your IOLTA account. Drawing from prior experience, if the buyer accepts our explanation then they will likely require an affidavit from you.

In terms of timing, if I get what I need tomorrow and we can clear compliance on this issue by early next week then I see no reason why we cannot have our revised offer and contracts by the end of next week. From there you need to factor in about 40 days to close (ownership change and funding).

We did not encounter this issue on ▮▮▮▮ because all prior premiums were paid directly from his account.

My wife is finally home and doing much better. She had a serious complication during delivery that resulted in complete loss of vision for a period of 5 hours. The docs initially suspected stroke which sent us (her included) into a panic. An MRI confirmed that it was not a stroke but rather a rare condition that occurs 1 out of every 600,000 deliveries. It was basically swelling in the part of the brain that controls vision. Very scary stuff, but I come away from that experience with a much greater appreciation for the things that really matter.

----- Original Message -----
From: David Quatrella <dquatrella@qrlaw.com>
To: ▮
Cc: ▮ net>
Sent: Wed Oct 10 22:25:39 2012
Subject: G▮

▮:

Are we in a holding pattern again waiting on ▮ to get info from G▮? Or did you receive the proof of payment of the first installment of premium by G▮ in April/May 2010?

In any event, what's your best guess on timing on the new offer?

Last question, and most important, how is your wife and new baby?

Thanks.

Dave Q

David L. Quatrella
(203) 615-3300
dquatrella@qrlaw.com