# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO.: 3:17-CR-003(AWT) |
| Plaintiff, | : |
| v. | : |
| DAVID QUATRELLA | : MAY 11, 2017 |
| Defendant | : |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Please enter my appearance as Attorney for the Interested Parties/Investors in the above-entitled case.

                                              INTERESTED PARTIES
                                              INVESTORS

                                     By: /s/ Dan E. LaBelle
                                          Dan E. LaBelle, Esq. (ct01984)
                                          HALLORAN & SAGE, LLP
                                          315 Post Road West
                                          Westport, CT 06880
                                          Telephone (203) 227-2855
                                          Facsimile (203 227- 6992
                                          Email: labelle@halloransage.com

## **CERTIFICATION OF SERVICE**

    I hereby certify that on May 11, 2017, a copy of foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                              /s/ Dan E. LaBelle
                                                  Dan E. LaBelle