UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:17CR3(AWT) |
| | : | |
| vs. | : | |
| | : | |
| | : | |
| DAVID QUATRELLA | : | May 11, 2017 |

**MOTION TO INTERVENE AND/OR TO BE HEARD
REGARDING ORDER OF RESTITUTION**

Pursuant to 18 U.S.C. §§ 3663, 3663A, 3664 and 3771, the investors referenced in the Information (Paras. 17, 25, 26, 30 and elsewhere) hereby move to intervene and/or to be heard at sentencing regarding the inclusion of an Order of Restitution in favor of the investors in addition to any other penalty the Court may impose.[1]  For the reasons stated in the accompanying Memorandum of Law, the investors are "victims" within the meaning of 18 U.S.C. § 3663A and an order of restitution is mandatory.

THE INVESTORS

By   /s/ Dan E. LaBelle
Dan E. LaBelle
HALLORAN & SAGE LLP
Fed. Bar #ct 01984
315 Post Road West
Westport, CT  06880
Telephone: (203) 227-2855
Facsimile:  (203) 227-6992
labelle@halloran-sage.com

---

[1] There is a rather long list of investors.  The individuals and entities that are investors and the amount each has lost are identified in correspondence sent to Probation Office Welks on March 17, 2017.  Doc. 22, Presentence Investigation Report (Supplement), Attachment 1.

## **CERTIFICATION**

     I hereby certify that on May 11, 2017, a copy of the foregoing Motion was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                            /s/ Dan E. LaBelle
                                               Dan E. LaBelle

# EXHIBIT A