UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA | : | Crim. No. 3:17CR3(AWT) |
|---|---|---|
| v. | : | |
| DAVID QUATRELLA | : | June 19, 2017 |

## MOTION TO DISMISS FORFEITURE ALLEGATION

The Government respectfully moves the Court to dismiss the forfeiture allegation in the information. As reflected in the parties' plea agreement, dated January 4, 2017, the defendant agreed to forfeit $272,000, representing his personal gain from his crime. *See* Doc. No. 6. At the time the parties entered into the plea agreement, the parties did not contemplate that there would be any order directing the payment of restitution to victims of the defendant's crime. On April 24, 2017, the defendant made a partial payment of $50,000 toward his forfeiture obligation.

On May 25, 2017, after a hearing two days earlier, the Court issued an order finding that certain persons qualified as additional victims of the defendant's crime (in addition to the victims identified at the time of the defendant's guilty plea). *See* Doc. No. 36. The Government estimates that these additional victims will be owed restitution in the approximate amount of $2.3 million.

As stated during the sentencing hearing on May 25, 2017, the Government's first priority regarding any funds recoverable from the defendant is to provide restitution to victims. The Government believes the instant circumstances to be analogous to cases in which both the United States and other victims are owed restitution, in which cases priority is accorded to other victims ahead of the United States. *See* 18 U.S.C. § 3664(i).

As noted above, $50,000 already has been paid by the defendant as part of his forfeiture obligation. The Government intends this money (which currently is in the custody of the United States Marshals Service) to go to victims of the defendant's crime. However, the process for converting forfeited funds to restitution is cumbersome. Accordingly, as no final order of forfeiture has yet been entered in this case, the Government respectfully requests that the Court dismiss the forfeiture allegation, which will permit the Government more promptly to reallocate the $50,000 already paid by the defendant to restitution to the victims in this case.

Respectfully submitted

DEIRDRE M. DALY
UNITED STATES ATTORNEY

_____
AVI M. PERRY
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
157 Church Street, 25th Floor
New Haven, CT 06510
avi.m.perry@usdoj.gov
203-821-3700
Fax: 203-773-5377
Federal Bar No. phv07156

## CERTIFICATE OF SERVICE

This is to certify that on June 19, 2017, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
AVI M. PERRY
ASSISTANT UNITED STATES ATTORNEY