U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 3:17-CR-0003(AWT) |
| DEFENDANT | TYPE OF PROCESS |
| David Quatrella | Order re: Dismissal of Forfeiture and Restitution Payment |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

$50,000.00 Money Judgment Forfeiture Installment Payment

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Todd Ludlow
United States Attorney's Office
157 Church Street, 25th Floor
New Haven, CT 06510

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service). Per the attached Order, please turn over $50,000.00 money judgment installment payment to the Clerk of the Court to be applied to victim restitution.

Signature of Attorney or other Originator requesting service on behalf of: X PLAINTIFF

TELEPHONE NUMBER: (203)821-3700
DATE: 7/18/2017

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Total Process No. 1
District of Origin No. 14
District to Serve No. 14
Date: 7/18/2017

I hereby certify and return that I [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

Date of Service: 8/2/17
Time: 10:00

REMARKS: On 8/2/2017, the funds of $50,000.00 were turned over to the Clerk of the Court D/CT.

PRIOR EDITIONS MAY BE USED
SEND ORIGINAL + 2 COPIES to USMS.
FORM USM 285 (Rev. 12/15/80)

1. CLERK OF COURT  2. USMS Record  3. Notice of Service  4. Billing Statement  5. Acknowledgment of Receipt