# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA
v.
DAVID QUATRELLA      CRIMINAL NO.: 3:17CR0003 (AWT)
August 16, 2017

## MOTION TO UNSEAL (R.63).

### INTRODUCTION

The Pro Hac Vice Motion of the Undersigned was granted on June 21, 2017. (R.60). The credentials to efile were issued some days later.

Before obtaining these credentials, the Motion in the Response in Opposition to the Government's Position re: Restitution was drafted by the Undersigned in San Diego, California sent to local counsel on June 20, 2017 to review and file. On June 22, 2017 the Motion was filed. (R.63). Upon information and belief the Motion was filed over the counter at the United States District Court Branch in Bridgeport, Connecticut. The Motion that was drafted by the Undersigned was not filed with the intent that it be sealed. By information and belief, when

local counsel filed the motion, it was filed as a sealed motion. The exact circumstances escape the Undersigned without further review.

After some discussions with the Government, which resulted in confusion on the part of the Undersigned due to the circumstances mentioned above, the Government filed the Motion to Unseal the Document at issue on August 11, 2017. (R. 80). The Court issued its Order granting the Government's Motion the following day. (R.81).

The Undersigned reviewed the Motion carefully, studied Pacer, partially refreshed his memory, cleared up most of the confusion and agrees with the Government. In reviewing the Motion filed by local counsel, the Undersigned does not find anything to redact. The Motion is attached. The Undersigned apologizes for this confusion.

## MEMORANDUM OF LAW

Sealed documents are not the norm and the public has a right to open proceedings. There are very specific rules and LR regarding sealing of documents. (Gov. Citations accepted).

## PRAYER FOR RELIEF

Accordingly, the Government's Motion should be granted and the Motion in the Response in Opposition to the Government's Position re: Restitution should be granted. (R. 63). However, if the Government finds reason to Seal any portion of the Motion, the Defendant has no opposition.

Respectfully Submitted,

\_\_\_\_\_/SS/_____

Richard A. Hamar, Esq
CA Bar 47952
Author of this motion
Retained Attorney for David Quatrella
Admitted Pro Hac Vice
Federal Bar Number **phv09048**
8/16/2017

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of August, 2017, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF)

_____/SS/_____
Richard A. Hamar
Federal Bar Number **phv09048**